UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles H. Emery

    v.            Civil No. 10-cv-511-JL

US Social Security Administration, Commissioner


O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 14, 2011, no objection having been filed.

  SO ORDERED.

March 11, 2011         _____
                  Joseph N. Laplante
                  United States District Judge


cc: Janine Gawryl, Esq.
   T. David Plourde , Esq.